FILED

AUG 1 4 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SOUTHERN COMMODITIES, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CONTINENTAL WESTERN § <br> INSURANCE COMPANY, MARK § <br> MASSEY, and ALEXANDER § <br> INSURANCE AGENCY, § <br> Defendant. § | Cause No. <br> DR:17-CV-11-AM |

## ORDER

Pending before the Court is the Report and Recommendation of the Honorable Victor Garcia, United States Magistrate Judge. (ECF No. 28.) In the Report, Judge Garcia recommends that this Court grant the Plaintiff's Motion to Remand (ECF No. 10), and deny the Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 21) as moot. No party has filed objections to the Report.

The Court has reviewed the Magistrate Judge's Report for clear error and found none. See Douglas v. United Servs. Auto. Ass'n., 79 F.3d 1415, 1429 (5th Cir. 1996).

For these reasons, the Report (ECF No. 28) will be **ADOPTED** in full: the Plaintiff's Motion to Remand (ECF No. 10) is hereby **GRANTED**, and the Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 21) is hereby **DENIED AS MOOT**. The case is **REMANDED** to 38th Judicial District Court of Uvalde County, Texas.

A clerk's judgment shall immediately issue.

SIGNED this 13th day of Aug., 2017.

ALIA MOSES
UNITED STATES DISTRICT JUDGE